UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. DUNN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARTHUR L. VOLLERT, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-06713-VC<br><br>**ORDER GRANTING MOTION TO DISMISS AND DISMISSING REMAINING CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Re: Dkt. Nos. 23, 30 |

　　　　For the reasons stated on the record at the hearing on May 11, 2017, the claims against the United States Postal Service are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over the remaining claims in the case and dismisses the remaining claims for lack of subject matter jurisdiction.

　　　　**IT IS SO ORDERED.**

Dated: May 11, 2017

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　United States District Judge